1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                          EASTERN DISTRICT OF CALIFORNIA
8
9   COREY BURGESS,                              1:12-cv-00777-AWI-SKO  (HC)

10            Petitioner,
                                               ORDER DENYING MOTION FOR
11      vs.                                    APPOINTMENT OF COUNSEL

12  HECTOR ALFONZO RIOS,
                                               (DOCUMENT #4)
13            Respondent.

14  _____/

15          Petitioner has requested the appointment of counsel.  There currently exists no

16  absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

17  258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

18  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

19  of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

20  Cases.  In the present case, the Court does not find that the interests of justice require the

21  appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

22  Petitioner's request for appointment of counsel is denied.

23  IT IS SO ORDERED.

24  **Dated:    May 31, 2012**            _____ **/s/ Sheila K. Oberto** _____
                                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28