UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BURGESS, | 1:12-cv-0777-AWI-SKO  (HC) |
| Petitioner, | ORDER DIRECTING THE CLERK TO RESERVE FINDINGS AND RECOMMENDATIONS (DOC. 11) ON PETITIONER AT HIS NEW ADDRESS |
| v. HECTOR ALFONZO RIOS, | |
| Respondent. _____/ | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS (DOCUMENTS #13 & 15) |
| | 30-DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.

On July 16, 2012 and July 19, 2012, petitioner filed motions to extend time in which he indicated that due to transit between custodial institutions, he had not received, and would not have received, any mail sent to him between on or about June 20, 2012, and July 1, 2012.  It appears that Petitioner has not received a copy of this Court's findings and recommendations to deny Petitioner's emergency motion for a temporary restraining order that were filed and served on July 5, 2012 (doc. 11). In an abundance of caution, the Clerk will be directed to reserve the findings and recommendations upon Petitioner at the new address.

With respect to Petitioner's motions for an extension of time,  good cause having been

1 | presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

2 |       Petitioner is granted thirty days from the date of service of this order in which to file

3 | objections to the findings and recommendations.

4 | IT IS SO ORDERED.

5 | **Dated:   July 23, 2012**               /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE