1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **EASTERN DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| 11  COREY BURGESS, | Case No. 1:12-cv-00777-AWI-SKO-HC |
| 12         Petitioner, | ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR LEAVE TO |
| 13      v. | FILE AN AMENDED PETITION (DOC. 44) |
| 14  HECTOR ALFONZO RIOS, | |
| 15         Respondent. | |
| 16 | |

17

18      Petitioner is a federal prisoner proceeding pro se and in forma

19 pauperis with a petition for writ of habeas corpus pursuant to 28

20 U.S.C. § 2241.  The matter has been referred to the Magistrate Judge

21 pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

22 Pending before the Court is a motion filed by Petitioner on February

23 18, 2014, in which Petitioner seeks leave to amend his "complaint,"

24 which the Court understands to be a motion for leave to file an

25 amended petition.

26      A court has inherent power to control its docket and the

27 disposition of its cases with economy of time and effort for both

28 the court and the parties.  Landis v. North American Co., 299 U.S.

1

248, 254-255 (1936); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Court exercises its discretion to set a briefing schedule with respect to Petitioner's motion for the benefit of the Court and the parties.

Respondent shall FILE no later than thirty (30) days after the date of service of this order opposition or notice of non-opposition to Petitioner's motion.

Petitioner may FILE a reply to any opposition filed by Respondent to the motion no later than thirty (30) days after the date of service upon Petitioner of any opposition filed by Respondent.

IT IS SO ORDERED.

Dated: __February 27, 2014__          _____ /s/ Sheila K. Oberto____
                                    UNITED STATES MAGISTRATE JUDGE