# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BURGESS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>HECTOR ALFONZO RIOS,<br><br>　　　　Respondent. | Case No. 1:12-cv-00777-AWI-SKO-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 54)<br><br>ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO FILE AN AMENDED PETITION (DOC. 44) |

　　Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

　　On August 1, 2014, the Magistrate Judge filed findings and recommendations to deny. Petitioner's motion to amend the petition. The findings and recommendations were served on all parties on the same date.  The findings and recommendations advised the parties that objections could be filed within thirty days and replies within fourteen days after the filing of objections.  On October 6, 2014, Petitioner filed objections.  Although over fourteen days have

1

passed since the filing of objections, no reply to the objections has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de</u> <u>novo</u> review of the case. The undersigned has carefully reviewed the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections. The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1. The findings and recommendations filed on August 1, 2014, are ADOPTED in full; and

2. Petitioner's motion for leave to amend the petition is DENIED.

IT IS SO ORDERED.

Dated:   December 3, 2014                    _____
                                              SENIOR DISTRICT JUDGE